TALLEY'S NO. 3 STORE, Employer, and CASUALTY RECIPROCAL EXCHANGE, Carrier, v. BEATRICE DEESE, a widow, and FLORIDA INDUSTRIAL COMMISSION.

22 So. (2nd) 224
January Term, 1945

May 15, 1945
Division A

*McKay, Dixon & DeJarnette,* for appellants.

*Ruff & Ready,* for appellees.

PER CURIAM:

The record and the briefs in this cause have been thoroughly examined and reveal no reversible error.

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.